United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN,

Plaintiff,

v.

,

Defendant.

Case No. 26-cv-07836-TLT

**ORDER OF DISMISSAL**

Plaintiff, a prisoner a Kern Valley State Prison, filed a letter which the Court construed as a petition for writ of habeas corpus. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) plaintiff had not filed the petition on the proper form and (2) plaintiff had not paid the filing fee or filed an application to proceed *in forma pauperis*. Dkt. Nos. 2, 3. Plaintiff was instructed to respond within twenty-eight days of the date of the notice. *Id.*

The deadline to (1) file the petition on the proper form and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis* has passed, and plaintiff has done neither. The Court therefore DISMISSES this petition without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by (1) a petition on the proper form and (2) either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents.

//

//

//

//

The Clerk shall enter judgment in favor of defendant, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: September 8, 2026

TRINA L. THOMPSON
United States District Judge